IGNACIA S. MORENO
Assistant Attorney General
JASON A. HILL (DC 477543)
Trial Attorney
United States Department of Justice
Environment and Natural Resources Division
Natural Resources Section
P.O. Box 663
Washington, D.C. 20044-0663
jason.hill2@usdoj.gov
**Attorneys for Federal Defendants**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTER FOR SIERRA NEVADA CONSERVATION, a non-profit corporation; CENTER FOR BIOLOGICAL DIVERSITY, a non-profit corporation,<br><br>    Plaintiffs,<br><br>    v.<br><br>CALIFORNIA DEPARTMENT FO PARKS AND RECREATION, an agency of the State of California; DIVISION OF OFF-HIGHWAY MOTOR VEHICLE RECREATION, a division of the California Department of Parks and Recreation,<br><br>    Respondents and Defendants.<br><br>ELDORADO NATIONAL FOREST; UNITED STATES FOREST SERVICE, an agency of the U.S. Department of Agriculture; and RAMIRO VILLALVAZO, in his official capacity as Forest Supervisor for the Eldorado National Forest; and DOES I – X, inclusive,<br><br>    Real Parties in Interest and Defendants. | No. 3:10-cv-3923-MEJ<br><br>**STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME FOR STATE AND FEDERAL DEFENDANTS TO FILE RESPONSIVE PLEADINGS** |

Plaintiffs filed an action against State and Federal Defendants on or about July 30, 2010, in the Alameda County Superior Court.  Pursuant to 28 U.S.C. § 1442(a)(1), Federal Defendants removed this case to the Northern District of California, the district embracing the place wherein this suit was then pending, namely Alameda County, on September 1, 2010.  Pursuant to Federal Rule of Civil Procedure 81(c)(2), State Defendants' answer or other responsive pleadings are due on September 8, 2010.  Federal Defendants' answer or other responsive pleadings are due on or about October 4, 2010.   *See* Federal Rules of Civil Procedure 12(a)(2), and *Joam Co. v. Stiller*, 1982 WL 1725 at 3 (N.D. Cal 1982) (holding Federal Defendants have the same amount of time to answer in a removal action that they would have had under Rule 12; applying the former 20-day and 5-day deadlines of Rule 81(c)(2) (pre-2009 Rule changes)). Unless the parties otherwise agree, Federal Defendants intend to file a Motion to Transfer Venue from the Northern District of California to the Eastern District of California.  State and Federal Defendants have requested additional time to respond to the complaint with the hope that the issues involved in this suit may be resolved without further litigation.  Plaintiffs have agreed to State and Federal Defendants' requests for additional time.

Accordingly, the Parties stipulate and agree that the date for State and Federal Defendants' answer or other responsive pleadings be that later date of either: (1) 60 days after the transfer of this matter to the Eastern District of California, or (2) 60 days after an Order denying any request by Federal Defendants' to transfer this matter to the Eastern District of California.

DATED:  September 7, 2010.

IGNACIA S. MORENO
Assistant Attorney General

   /s/ Jason A.Hill                               .
JASON A. HILL (DC 477543)
Trial Attorney
United States Department of Justice
Environment and Natural Resources Division
Natural Resources Section
P.O. Box 663
Washington, D.C.  20044-0663

No. 3:10-cv-3923-MEJ; CSNC, et al. v. CDOPR, et al.
Stipulation Ext'n Resp. to Compl.                2

Tel: (202) 514-1024
Fax: (202) 353-0274
jason.hill2@usdoj.gov
**Attorneys for the Federal Defendants**

   /s/ Michael R. Lozeau*          .
*(signed by filing attorney as authorized by Mr. Lozeau's email on 09/07/10)*
Michael R. Lozeau (CA 142893)
Richard T. Drury (CA 163559)
Christina Caro (CA 250797)
Lozeau | Drury LLP
401 12th Street, Suite 250
Oakland, CA 94607
Tel: (510) 836-4200
Fax: (510) 836-4205
michael@lozeaudrury.com
richard@lozeaudrury.com
christina@lozeaudrury.com
**Attorneys for Plaintiff**

   /s/ Christina Tiedemann*          .
*(signed by filing attorney as authorized by Ms. Tiedemann's email on 09/07/10)*
Christiana Tiedemann (CA 105299)
Supervising Deputy Attorney General
California Department of Justice
1515 Clay Street, 20th Floor
Oakland, CA 94612-1313
(510) 622-2218 (phone)
(510) 622-2270 (fax)
chris.tiedemann@doj.ca.gov
**Attorneys for State Defendants and Respondents**

[~~PROPOSED~~] ORDER

IT IS SO ORDERED.

Dated  September 17 , 2010.

_____
United States ~~Magistrate~~ Judge

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — signed Judge Maria-Elena James]*