1 | Michael R. Lozeau (CA 142893)
2 | Richard T. Drury (CA 163559)
  | Christina Caro (CA 250797)
3 | Lozeau | Drury LLP
4 | 401 12th Street, Suite 250
  | Oakland, CA 94607
5 | Tel: (510) 836-4200\Fax: (510) 836-4205
  | richard@lozeaudrury.com
6
  | **Attorneys for Plaintiff**
7

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTER FOR SIERRA NEVADA CONSERVATION, a non-profit corporation; CENTER FOR BIOLOGICAL DIVERSITY, a non-profit corporation,<br><br>    Plaintiffs,<br><br>    v.<br><br>CALIFORNIA DEPARTMENT OF PARKS AND RECREATION, an agency of the State of California; DIVISION OF OFF-HIGHWAY MOTOR VEHICLE RECREATION, a division of the California Department of Parks and Recreation,<br><br>    Respondents and Defendants.<br><br>ELDORADO NATIONAL FOREST; UNITED STATES FOREST SERVICE, an agency of the U.S. Department of Agriculture; and RAMIRO VILLALVAZO, in his official capacity as Forest Supervisor for the Eldorado National Forest; and DOES I – X, inclusive,<br><br>    Real Parties in Interest and Defendants. | No. 3:10-CV-3923-MEJ<br><br>[~~PROPOSED~~] ORDER DISMISSING FEDERAL DEFENDANTS AND REMANDING ACTION TO STATE COURT |

[PROPOSED] ORDER DISMISSING FEDERAL DEFENDANTS
AND REMANDING ACTION TO STATE COURT
Case No. 3:10-CV-3923-MEJ                                                                 Page 1

1   All Federal Defendants, (the Eldorado National Forest ("ENF"), United States Forest
2   Service ("USFS"), Ramiro Villalvazo, and Does I-X), are hereby DISMISSED from this suit.
3   There being no further basis for this Court to retain jurisdiction, this case is hereby remanded
4   back to state court.  Each party shall bear its own costs related to this removal and remand.

   IT IS SO ORDERED.

Dated __September 22_____, 2010.



[PROPOSED] ORDER DISMISSING FEDERAL DEFENDANTS
AND REMANDING ACTION TO STATE COURT
Case No. 3:10-CV-3923-MEJ                                                                 Page 2